AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. CV10 2991  DATE FILED 4/21/2010 | United States District Court for the Central District California, Western Division |
| PLAINTIFF<br>BAGDASARIAN PRODUCTIONS, LLC, JANICE KARMAN | DEFENDANT<br>TWENTIETH CENTURY FOX FILM CORPORATION |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 SEE ATTACHMENT | SEE ATTACHMENT | SEE ATTACHMENT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

FILED 2010 APR 21 PM 3:51 CLERK U.S. DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## ATTACHMENT

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| PAu003447896 | Critique and Contributions to "Alvin and the Chipmunks": The Squeakquel | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003447916 | Alvin and the Chipmunks: the Squeakquel Screenplay Revised | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003447910 | Alvin and the Chipmunks: the Squeakquel Screenplay Revised | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003437843 | Alvin and the Chipmunks: the Squeakquel Screenplay Revised | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003437842 | Alvin and the Chipmunks: the Squeakquel Screenplay | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003447931 | Alvin and the Chipmunks: the Squeakquel Beat Sheet | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003437838 | Alvin and the Chipmunks: the Squeakquel – Aug. 26 | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003437832 | Alvin and the Chipmunks: the Squeakquel – Sept. 28 | Janice Karman; Twentieth Century Fox Film Corp. |

| Copyright Registration No. | Title of Work | Author of Work |
|---|---|---|
| PAu003447913 | Open House Scene | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003447935 | Alvin 2 – August 20 | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003447912 | Alvin 2 – July 30 | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003437823 | Alvin and the Chipmunks: The Squeakquel – July 14 | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003447941 | Alvin 2 – July 3 | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003447938 | Alvin 2 – June 10 | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003447919 | Chipmunk 2 | Janice Karman; Twentieth Century Fox Film Corp. |
| PAu003447923 | Story Beats: Alvin 2 | Janice Karman |
| PAu003412055 | Alvin and the Chipmunks: The Squeakquel – Feature Screenplay (February 9, 2009 – 82 pp.) | Twentieth Century Fox Film Corp.; Monarachy Enterprises S.a.r.l.; Regency Entertainment (USA), Inc. |