UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company, and JANICE KARMAN, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. CV 10-02991 JHN (JCGx)<br><br>**[PROPOSED] ORDER RE: HEARING DATE AND BRIEFING SCHEDULE ON FOX'S MOTION "TO ORDER ALL DISPUTES TO REFERENCE AND TO STAY THIS ACTION"**<br><br>Complaint Filed:   April 21, 2010 |

(Note: "PROPOSED" in title appears with strikethrough)

1 | The Court, having considered the parties' Joint Stipulation re: Hearing Date and Briefing Schedule on Fox's Motion "To Order All Disputes to Reference and To Stay This Action," and good cause appearing, hereby ORDERS that:

    1. The hearing on Fox's motion shall take place on August 9, 2010 at 2:00 PM.

    2. Plaintiffs shall file their opposition to Fox's motion no later than July 19, 2010.

    3. Fox shall file its reply in support of its motion no later than July 30, 2010.

Dated: June 23, 2010

_____
Hon. Jacqueline H. Nguyen
United States District Court Judge
Central District of California