1   HON. CARL J. WEST RET.
     JAMS
2   707 Wilshire Blvd.
     46th Floor
3   Los Angeles, CA 90017
     Tel: 213-620-1133
4   Fax: 213-620-0100

5   Referee

6

7

**FILED**
CLERK, U.S. DISTRICT COURT

**MAY 2 7 2014**

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company, and JANICE KARMAN, an individual, | Case No. CV 10-02991 MWF (JCGx) |
| 12 | JAMS Ref. No. 1220044628 |
| 13 | |
| 14           Plaintiffs, | BRIEFING SCHEDULE ON FOX'S MOTION FOR ATTORNEY'S FEES AND APPLICATION TO TAX COSTS |
| 15   v. | |
| 16 | |
| 17   TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation, | |
| 18 | |
| 19           Defendant. | |
| 20 | |

21

22     Pursuant to counsels' agreement, below is the briefing schedule for Fox's

23  Motion for Attorney's fees and Application to Tax Costs:

24      • Fox shall file its Motion and Application no later than June 6, 2014;

25      • Plaintiffs' opposition to the Motion and any objections to the

26        Application shall be due July 11, 2014;

27      • Fox's reply in support of the Motion and Application shall be due July

28        29, 2014; and

- • The Motion and Application will be tentatively set for hearing on August 15, 2014 at 9:00 am in the JAMS Los Angeles Resolution Center.

DATED: May 22, 2014

Carl J. West
Judge of the Superior Court (Ret.)
Referee

## PROOF OF SERVICE BY U.S. MAIL

Re: Bagdasarian Productions LLC et al. vs. Twentieth Century Fox Film Corporation
Reference No. 1220044628

I, Lulu Santos, not a party to the within action, hereby declare that on  May 23, 2014 I served the

attached BRIEFING SCHEDULE ON FOX'S MOTION FOR ATTORNEY'S FEES AND APPLICATION TO

TAX COSTS on the parties in the within action by depositing true copies thereof enclosed in sealed envelopes

with postage thereon fully prepaid, in the United States Mail, Los Angeles, CALIFORNIA, addressed as

follows:

Steven A. Marenberg Esq.
Irell & Manella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA  90067
   Parties Represented:
   Bagdasarian Productions, LLC
   Janice Karman

Rachel M. Capoccia Esq.
Louis Karasik Esq.
Casondra K. Ruga Esq.
Alston & Bird, LLP
333 S. Hope St.
16th Fl.
Los Angeles, CA  90071-1410
   Parties Represented:
   Twentieth Century Fox Film Corp.

Hon. Michael W. Fitzgerald
U.S. District Court
312 N. Spring St.
#G-8
Los Angeles, CA  90012-4793

Douglas J. Dixon Esq.
Melissa R. McCormick Esq.
Irell & Manella, LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA  92660
   Parties Represented:
   Bagdasarian Productions, LLC
   Janice Karman

Jonathan Gottlieb Esq.
Fox Group Legal
P.O. Box 900
Beverly Hills, CA  90213-0900
   Parties Represented:
   Twentieth Century Fox Film Corp.

I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles, CALIFORNIA, on  May 23, 2014.

Lulu Santos