LOUIS A. KARASIK (State Bar No. 100672)
RACHEL M. CAPOCCIA (State Bar No. 187160)
CASONDRA K. RUGA (State Bar No. 237597)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
lou.karasik@alston.com
rachel.capoccia@alston.com
casondra.ruga@alston.com

Attorneys for Defendant
TWENTIETH CENTURY FOX FILM CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company, and JANICE KARMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV 10-02991 MWF (JCGx)<br><br>Referred under Cal. Code Civ. Proc. Section 638 to:<br><br>Hon. Carl J. West (Ret.)<br><br>JAMS Reference No. 1220044628<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT TWENTIETH CENTURY FOX FILM CORPORATION'S APPLICATION TO FILE UNDER SEAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FOX'S MOTION FOR ATTORNEYS' FEES AND COSTS, AND DECLARATIONS OF LOUIS A. KARASIK AND CASONDRA K. RUGA IN SUPPORT THEREOF<br><br>Filing Date:    April 21, 2010<br>Hearing Date:   August 15, 2014<br>Hearing Time:   9:00 a.m. |

## ORDER

Having read and considered Defendant Twentieth Century Fox Film Corporation's ("Fox") Application to File Under Seal ("Application"): (1) Fox's Memorandum of Points and Authorities In Support of its Motion for Attorneys' Fees and Costs (hereinafter "Motion"); (2) Declaration of Louis A. Karasik In Support of Fox's Motion; and (3) Declaration of Casondra K. Ruga In Support of Fox's Motion, as well as the other papers and supporting evidence submitted therewith, the arguments of counsel, all other matters presented to the Court, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

Fox's Application is granted in its entirety and for the reasons set forth in Fox's Application the following documents will be maintained under seal: (1) Fox's Motion; (2) Declaration of Louis A. Karasik In Support of Fox's Motion; and (3) Declaration of Casondra K. Ruga In Support of Fox's Motion

IT IS SO ORDERED.

Dated: 07/14/14

_____
Honorable Carl J. West

## PROOF OF SERVICE BY U.S. MAIL

Re: Bagdasarian Productions LLC et al. vs. Twentieth Century Fox Film Corporation
Reference No. 1220044628

I, Kathryn Cisneros, not a party to the within action, hereby declare that on July 14, 2014 I served the attached ORDER GRANTING DEFENDANT TWENTIETH CENTURY FOX FILM CORPORATION'S APPLICATION TO FILE UNDER SEAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FOX'S MOTION FOR ATTORNEYS' FEES AND COSTS on the parties in the within action by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, Los Angeles, CALIFORNIA, addressed as follows:

Steven A. Marenberg Esq.
Irell & Manella, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, CA   90067
   Parties Represented:
   Bagdasarian Productions, LLC
   Janice Karman

Rachel M. Capoccia Esq.
Louis Karasik Esq.
Casondra K. Ruga Esq.
Alston & Bird, LLP
333 S. Hope St.
16th Fl.
Los Angeles, CA   90071-1410
   Parties Represented:
   Twentieth Century Fox Film Corp.

Hon. Michael W. Fitzgerald
U.S. District Court
312 N. Spring St.
#G-8
Los Angeles, CA   90012-4793

Douglas J. Dixon Esq.
Melissa R. McCormick Esq.
Irell & Manella, LLP
840 Newport Center Drive
Suite 400
Newport Beach, CA   92660
   Parties Represented:
   Bagdasarian Productions, LLC
   Janice Karman

Jonathan Gottlieb Esq.
Fox Group Legal
P.O. Box 900
Beverly Hills, CA   90213-0900
   Parties Represented:
   Twentieth Century Fox Film Corp.

I declare under penalty of perjury the foregoing to be true and correct. Executed at Los Angeles, CALIFORNIA, on July 14, 2014.

_Kathryn Cisneros_
Kathryn Cisneros