Name and Address
LOUIS A. KARASIK (SBN 100672)
RACHEL M. CAPOCCIA (SBN 187160)
CASONDRA K. RUGA (SBN 237597)
ALSTON & BIRD LLP
333 S. Hope St., 16th Fl., Los Angeles, CA 90071
Ph. (213)576-1000 Fax (213)576-1100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BAGDASARIAN PRODUCTIONS, LLC., et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 10-02991 MWF (JCGx) |
| v. | |
| TWENTIETH CENTURY FOX FILM CORP., et al. | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

1. Defendant Twentieth Century Fox Film Corporation's Notice of Motion and Motion for Attorneys' Fees and Costs;
2. Defendant Twentieth Century Fox Film Corporation's Memorandum of Points and Authorities in Support of Motion for Attorneys & Costs;
3. Declaration Of Louis A. Karasik In Support Of Defendant Twentieth Century Fox Film Corporation's Motion For Attorneys' Fees and Costs;
4. Declaration of Casondra K. Ruga In Support of Defendant Twentieth Century Fox Film Corporation's Motion for Attorneys' Fees & Costs.

**Reason:**

☒ Under Seal and/or In Camera

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

July 21, 2014                                                     /s/ Casondra K. Ruga
Date                                                                    Attorney Name
                                                                          CASONDRA K. RUGA

                                                                          Party Represented
                                                                          DEFENDANT, TWENTIETH CENTURY FOX FILM CORP

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (01/14)                    **NOTICE OF MANUAL FILING**


American LegalNet, Inc.
www.FormsWorkFlow.com