LOUIS A. KARASIK (State Bar No. 100672)
RACHEL M. CAPOCCIA (State Bar No. 187160)
CASONDRA K. RUGA (State Bar No. 237597)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
lou.karasik@alston.com
rachel.capoccia@alston.com
casondra.ruga@alston.com

Attorneys for Defendant
TWENTIETH CENTURY FOX FILM CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company, and JANICE KARMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV 10-02991 MWF (JCGx)<br><br>Referred under Cal. Code Civ. Proc. Section 638 to:<br><br>Hon. Carl J. West (Ret.)<br><br>JAMS Reference No. 1220044628<br><br>**DEFENDANT TWENTIETH CENTURY FOX FILM CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND COSTS (CACD DOCKET NO. 175) AND APPLICATION TO TAX COSTS (CACD DOCKET NO. 176)**<br><br>Filing Date:  April 21, 2010 |

1 | PLEASE TAKE NOTICE that Defendant Twentieth Century Fox ("Fox")
2 | hereby withdraws its **MOTION FOR ATTORNEYS' FEES AND COSTS** (CACD
3 | Docket No. 175) and its **APPLICATION TO TAX COSTS** (CACD Docket No.
4 | 176).

6 | DATED: July 22, 2014

LOUIS A. KARASIK
RACHEL M. CAPOCCIA
CASONDRA K. RUGA
**ALSTON & BIRD LLP**

/s/ Casondra K. Ruga
Casondra K. Ruga
Attorneys for Defendant
TWENTIETH CENTURY FOX FILM
CORPORATION

1

DEFENDANT TWENTIETH CENTURY FOX FILM CORPORATION'S NOTICE OF WITHDRAWAL OF
MOTION FOR ATTORNEYS' FEES AND COSTS AND APPLICATION TO TAX COSTS

# PROOF OF SERVICE

I, Casondra K. Ruga, declare:

I am employed in the County of Los Angeles, State of California. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On July 22, 2014, I served the document(s) described as follows: **DEFENDANT TWENTIETH CENTURY FOX FILM CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION FOR ATTORNEYS' FEES AND COSTS (CACD DOCKET NO. 175) AND APPLICATION TO TAX COSTS (CACD DOCKET NO. 176)** on the interested parties in this action:

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, CA 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, CA 90071.

☒ **BY ELECTRONIC SERVICE-CASE ANYWHERE**: I transmitted via the internet, a true copy of the above-entitled document(s) to Case Anywhere at www.caseanywhere.com. I caused the above-entitled document(s) to be sent to the recipients on the service list as maintained by Case Anywhere in this action.

☐ BY ELECTRONIC MAIL TRANSMISSION: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☒ [Federal] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 22, 2014, at Los Angeles, California.

/s/ Casondra K. Ruga
Casondra K. Ruga

2

DEFENDANT TWENTIETH CENTURY FOX FILM CORPORATION'S NOTICE OF WITHDRAWAL OF
MOTION FOR ATTORNEYS' FEES AND COSTS AND APPLICATION TO TAX COSTS