# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company, and JANICE KARMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: CV102991MWF (JCGx)<br><br>Referred under Cal. Code Civ. Proc. Section 638 to:<br><br>Hon. Carl J. West (Ret.)<br><br>JAMS Reference No. 1220044628<br><br>[PROPOSED] JUDGMENT |

## **JUDGMENT**

On June 14, 2012, the Court, pursuant to the parties' stipulation, appointed the Honorable Carl J. West (Ret.) (the "Referee") to hear and decide disputes and to conduct a reference proceeding pursuant to Section 638 of the California Code of Civil Procedure between Plaintiffs Bagdasarian Productions, LLC ("BPL") and Janice Karman ("Karman") (collectively "Plaintiffs") on the one hand, and Defendant Twentieth Century Fox Film Corporation ("Fox") on the other.  The Referee on July

1  16, 2014 issued his Statement of Decision that resolves all matters heard in the
2  reference proceeding.  The parties have jointly requested that the Court enter
3  judgment in accordance with the Statement of Decision.
4       Now, therefore, having considered the Referee's Statement of Decision and the
5  parties' joint request that judgment be entered thereon, and good cause appearing, the
6  Court enters Judgment in this matter as follows:  Judgment is granted as specified in
7  the Statement of Decision, which is adopted as the Judgment of this Court.

9       IT IS SO ORDERED.

11  Dated: _____   _____
12                                                                   The Honorable Michael W. Fitzgerald
                                                                  Judge, United States District Court

## PROOF OF SERVICE

I, Louis A. Karasik, declare:

I am employed in the County of Los Angeles, State of California. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On July 22, 2014, I served the document(s) described as follows:

**[Proposed] Judgment**

on the interested parties in this action:

☐ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, CA 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, CA 90071.

☒ **BY ELECTRONIC SERVICE-CASE ANYWHERE**: I transmitted via the internet, a true copy of the above-entitled document(s) to Case Anywhere at www.caseanywhere.com. I caused the above-entitled document(s) to be sent to the recipients on the service list as maintained by Case Anywhere in this action.

☐ BY ELECTRONIC MAIL TRANSMISSION: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached service list.

☒ [State]   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 22, 2014, at Los Angeles, California.

/s/ Louis A. Karasik
Louis A. Karasik