JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAGDASARIAN PRODUCTIONS, LLC, a California limited liability company; and JANICE KARMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. CV-10-02991-MWF-JCG<br><br>Referred under Cal. Code Civ. Proc. Section 638 to:<br><br>Hon. Carl J. West (Ret.)<br><br>JAMS Reference No. 1220044628<br><br>**JUDGMENT** |

On June 14, 2012, the Court, pursuant to the parties' stipulation, appointed the Honorable Carl J. West (Ret.) as the Referee to hear and decide disputes and to conduct a reference proceeding between Plaintiffs Bagdasarian Productions, LLC ("BPL") and Janice Karman ("Karman") (collectively, "Plaintiffs"), and Defendant Twentieth Century Fox Film Corporation ("Fox"). (Docket No. 33). On July 17, 2014, the Referee issued his Statement of Decision, resolving all matters heard in the reference proceeding. (Docket No. 179). The parties have

jointly requested that the Court enter judgment in accordance with the Statement of Decision.  (Docket No. 178).

Having considered the Referee's Statement of Decision and the parties' joint request that judgment be entered thereon, and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered consistent with the Referee's Statement of Decision, as follows:

1. Karman's claims for (a) declaration of co-ownership of copyright and accounting of profits (Count I); (b) copyright infringement (Count II); and unjust enrichment (Counts III and IV) are dismissed with prejudice.

2. BPL's claims in Count VII consisting of the Purchase Price Claim, Soundtrack Claims, and HBO Distribution Claims (together with any claims for breach of implied covenant related to these issues) are dismissed with prejudice.

3. BPL's abandoned Count VII claims consisting of the Merchandising Claim, FX Distribution Claim, Approval Rights Claim, and Access to Meetings Claims are dismissed with prejudice.

4. Karman's Graphic Services Claim (Count VI) is dismissed with prejudice.

5. Fox's Counterclaim for Declaratory Relief is dismissed with prejudice, subject to the matters specified in the Referee's Order Dismissing Counterclaim.

6. Karman's claim for Writing Services (Count V) and that portion of BPL's *Alvin* Soundtrack Claim directed to the alleged underreporting of units (Count VII) are dismissed with prejudice on the basis specified in the Referee's Order Dismissing Remaining Claims.

DATED: August 6, 2014.

_____
MICHAEL W. FITZGERALD
United States District Judge